BEFORE THE SECOND DIVISION, MARCH 18, 1942

**No. 47012.**—Protest 78580–K of Gimbel Bros., Inc. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of knit wool wearing apparel valued at more than $2 per pound and of the same character as that involved in *United States* v. *International Clearing House* (T. D. 48416). In accordance therewith the claim at 50 cents per pound and 50 percent ad valorem under paragraph 1114 (d) was sustained.